ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

2012 MAY 30  P 1: ...

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR12-1231 TUC

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | ) | I N D I C T M E N T |
| --- | --- | --- |
| Plaintiff, | ) | Violations: |
| v. | ) | 21 USC § 841(a)(1) and (b)(1)(C) (Possession of Controlled Substance With Intent to Distribute) Counts 1 - 3 |
| Jorge Luis Magana-Lopez, (Counts 1, 2, 3) | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about September 27, 2011, at or near Tucson, in the District of Arizona, JORGE LUIS MAGANA-LOPEZ did knowingly and intentionally possess with intent to distribute less than 100 grams of heroin, that is approximately 3.1 grams of heroin, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

On or about October 12, 2011, at or near Tucson, in the District of Arizona, JORGE LUIS MAGANA-LOPEZ did knowingly and intentionally possess with intent to distribute less than 100 grams of heroin, that is approximately 5.0 grams of heroin, a

1  Schedule II controlled substance, in violation of Title 21, United States Code, Sections
2  841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about October 28, 2011, at or near Tucson, in the District of Arizona, JORGE LUIS MAGANA-LOPEZ did knowingly and intentionally possess with intent to distribute less than 100 grams of heroin, that is approximately 6.9 grams of heroin, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

/s/
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

MAY 30 2012

/s/

Assistant U.S. Attorney

United States v. **Jorge Luis Magana-Lopez**, Indictment page 2